## MOTION AND PROCEDURAL RULINGS

**2005–0400.   State v. Lather.**
Sandusky App. No. S–03–008, 2005-Ohio-668. On motion to direct the court of appeals to rule on assignments of error. Motion granted.
PFEIFER, J., dissents.

**2006–1212.   Arbino v. Johnson & Johnson.**
Certified Question of State Law, United States District Court for the Northern District of Ohio, Western Division, No. 3:06 CV 40010. On motions for admission pro hac vice of Mark A. Behrens and Christopher E. Appel by Victor Schwartz. Motions granted.

**2006–1443.   Columbia Gas Transm. Corp. v. Levin.**
Board of Tax Appeals, No. 2003–K–1876. On request for oral argument. Request granted.

**2006–2265.   Mendenhall v. Akron.**
Certified Question of State Law, United States District Court for the Northern District of Ohio, Eastern Division, Nos. 5:06 CV 0139 and 5:06 CV 0154. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following question:
"Whether a municipality has the power under home rule to enact civil penalties for the offense of violating a traffic signal light or for the offense of speeding, both of which are criminal offenses under the Ohio Revised Code."

**2006–2303.   State v. Duffield.**
Summit App. No. 22634, 2006-Ohio-1823. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.

**2006–2316.   State v. Muncey.**
Madison App. No. CA2006–06–023, 2006-Ohio-6358. On motion to stay notice of appeal. Motion denied.

**2006–2327.   State v. Courtney.**
Cuyahoga App. No. 86914, 2006-Ohio-4264. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–2339.   State v. Neff.**
Trumbull App. No. 2006–T–0076, 2006-Ohio-4539. On motion for leave to file delayed appeal. Motion granted.
O'DONNELL, J., dissents.

**2006–2375.   Johnson v. Johnson.**
Guernsey App. No. 05–CA–49, 2006-Ohio-5901. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.

**2006–2395.   Estate of Graves v. Circleville.**
Ross App. No. 06CA2900, 2006-Ohio-6626. On motion for stay of court of appeals' judgment. Motion granted.
MOYER, C.J., and PFEIFER, J., dissent.

**2007–0042.   State v. Martin.**
Trumbull App. No. 2005–T–0041, 2006-Ohio-6202. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2007–0059.   State v. Franklin.**
Highland App. Nos. 05CA20 and 05CA21, 2006-Ohio-6369. On motion for stay of execution of sentence and release upon bail pending appeal. Motion granted.
PFEIFER, LUNDBERG STRATTON and LANZINGER, JJ., dissent.